No. 1674. PILLOT, APELANTE, *v.* PUCHOL ET AL., APELADOS.— Nulidad de escritura y daños y perjuicios. Guayama. Mayo 21, 1917. *Desestimada la apelación por falta de transcripción.*

No. 1153. EL PUEBLO, APELADO, *v.* CORDERO, APELANTE.— Homicidio voluntario. San Juan, Sección 2ª. Mayo 21, 1917. *Confirmada la sentencia.*

No. 190. RICCI, ETC., PETICIONARIA, *v.* SEPÚLVEDA, JUEZ DISTRITO, PONCE, DEMANDADO.—*Certiorari.* Mayo 21, 1917. *No ha lugar.*

No. 1149. EL PUEBLO, APELADO, *v.* VILAR, APELANTE.—Perjurio. San Juan, Sección 2ª. Mayo 21, 1917. *Confirmada la sentencia.*

Nos. 1676 y 1677. ACEVEDO ET AL., APELADOS, *v.* BRYAN, JUEZ MUNICIPAL, APELANTE. Mayagüez. Mayo 22, 1917. *Desestimadas las apelaciones por falta de transcripción.*

No. 1174. EL PUEBLO, APELADO, *v.* QUIÑONES, APELANTE.— Acometimiento con circunstancias agravantes. San Juan, Sección 2ª. Mayo 25, 1917. *Confirmada la sentencia pero modificada en el sentido de que donde dice "acometimiento y agresión con circunstancias agravantes" diga "acometimiento con circunstancias agravantes."*

No. 160. CAMACHO, PETICIONARIO, *v.* MARRERO, SECRETARIO CORTE DISTRITO, SAN JUAN, SECCIÓN 1ª., DEMANDADO.—*Mandamus.* Mayo 29, 1917. *No ha lugar.*